# UNITED STATES DISTRICT COURT

for the

DISTRICT OF COLUMBIA

Matthew J. Sherven
Plaintiff,
vs.
U.S. Office of Special Counsel
Defendant,

Case: 1:23–cv–00754
Assigned To : Unassigned
Assign. Date : 3/17/2023
Description: Pro Se Gen. Civ. (F-DECK)

## I. PARTIES TO COMPLAINT

### A. *Plaintiffs*

Name: Matthew J. Sherven
Address: 693 State Road 78, Mount Horeb, WI 53572
Phone:608-577-7524
Email: shervenm@protonmail.com

### B. *Defendants*

Name: U.S. Office of Special Counsel
Address: 1730 M St., NW Suite 218 Washington, DC 20036-4505
Phone: 1-202-804-7000

## II. BASIS FOR JURISDICTION

This is a civil action brought pursuant to *18 U.S. Code § 241 - Conspiracy against rights*, The court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 1332.

## III. STATEMENT OF CLAIM

The Plaintiff submitted a complaint to the U.S. Office of Special Counsel (OSC), allegnig fraud, waste, and abuse of authority by employees of the National Reconnaissance Office (NRO). The OSC responded to the Plaintiff's complaint by refusing to investigate the complaint on the grounds that the Plaintiff is not a government employee.

## IV. PLEA FOR RELIEF

The Plaintiff is asking the court to order the OSC to investigate his complaints.

1



**RECEIVED**
MAR 17 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Address: 693 State Road 78, Mount Horeb, WI 53572
Email: shervenm@protonmail.com
Phone: 608-577-7524

*[signature]*   Signed: 3/17/2023

Matthew Sherven