# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW J. SHERVEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 23-00754 (UNA) |
| | ) |
| U.S. OFFICE OF SPECIAL COUNSEL, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**; it is further

**ORDERED** that the complaint and this case are dismissed with prejudice.

This is a final appealable Order.

/s/
TANYA S. CHUTKAN
United States District Judge

Date: April 12, 2023